UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER FOSBINDER, through his representative Suzanne Jensen, individually and as successor in interest to his deceased son, JOSHUA FOSBINDER,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; JANET ELAINE PATTERSON, a nominal defendant, and DOES 1-10,<br><br>　　Defendants. | No. 24-cv-0733 RSH SBC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER [DKT. NO. 35]** |

No. 24-cv-0733 RSH SBC

Plaintiff and Defendant have moved jointly to amend the Scheduling Order to allow the deposition of Sergeant Arturo Bernal to be taken beyond the current January 16, 2026 discovery cut-off date. The Court finds good cause for the requested extension and **GRANTS** the Motion. The deadline to complete the deposition of Sergeant Arturo Bernal is extended to January 30, 2026. All other dates remain unchanged.

**IT IS SO ORDERED**.

Dated:  December 19, 2025

Hon. Steve B. Chu
United States Magistrate Judge